IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:20-cv-00438-MR

| | |
|---|---|
| TOSCHA WINSTEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney David F. Chermol as counsel *pro hac vice*. [Doc. 5]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 5] is **ALLOWED**, and David F. Chermol is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 31, 2020

Martin Reidinger
Chief United States District Judge