THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:20-cv-00438-MR

| | |
|---|---|
| TOSCHA WINSTEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF REMAND** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand [Doc. 16].

Sentence four of 42 U.S.C. § 405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant here has moved for reversal of the decision below and for a remand of this case for further administrative proceedings. For the reasons stated in the Defendant's motion, the Court finds that remand is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Consent Motion for Remand [Doc. 16] is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is hereby **REVERSED**, and this case is hereby **REMANDED** for further administrative proceedings, consistent with this Order.

The Clerk of Court shall enter a separate Judgment of Remand simultaneously herewith, thereby closing the case.

**IT IS SO ORDERED.**

Signed: June 21, 2021

*Martin Reidinger*
Chief United States District Judge